In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00322-CR

_____

**VERONICA ANNETH GONZALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 13-286006**

**ORDER**

The clerk's record in the above styled and numbered cause was filed October 20, 2014. The reporter's record was filed September 3, 2014. On November 21, 2014, the appellant's court-appointed attorney, Charles G. Kingsbury, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed. Although the brief of the appellant was due to be filed Wednesday, November 19, 2014, the brief has not been filed.

1

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(a)(1). If the appellant is not incarcerated, but fails to appear at the hearing after having been notified to do so, or after reasonable attempts to notify him have been made, then the trial court may enter a finding that appellant no longer desires to pursue the appeal and send said finding to this Court. *See* Tex. R. App. P. 38.8(b)(4). If the appellant is present for the hearing, we direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether retained counsel has abandoned the appeal. If the trial court determines that retained counsel has abandoned the appeal, the trial court shall determine whether appellant is indigent and whether counsel should be appointed for the appeal.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before January 12, 2015.

2

ORDER ENTERED December 11, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.

3